739 A.2d 1053

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Danny ANDREWS, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 22, 1999.

John W. Packel, Philadelphia, for petitioner.

## *ORDER*

PER CURIAM.

**AND NOW**, this 22nd day of October, 1999, the Petition for Allowance of Appeal is GRANTED, limited to the following issues:

a. Whether Petitioner's sentence is illegal insofar as it includes two sentences for possessing an instrument of crime.

b. Whether Petitioner's sentence is illegal insofar as it includes two sentences for conspiracy.